
**ORIGINAL**

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

**FILED**

08/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

FILED

AUG 1 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

The Honorable James P. Reynolds, Judge of the District Court for the First Judicial District of the State of Montana, is retiring effective October 2, 2020, and has requested the assistance of retired District Judge Ed McLean to assume jurisdiction of the Law and Motion and Drug Court calendars in Department 4 two days per week, from August 10, 2020, until his successor is appointed and sworn in.

Judge McLean has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103, MCA, has advised that he is agreeable to assisting the First Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Ed McLean, retired District Judge, is hereby called to active service in the District Court of the First Judicial District of the State of Montana, to assume judicial authority of the Law and Motion and Drug Court calendars in Department 4 two days per week from August 10, 2020, until Judge Reynolds' successor is appointed and sworn in, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge McLean shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

A copy of this Order shall be filed with the District Court Clerk of Lewis and Clark County, with the request that this Order be publicly posted for all counsel of record

in all cases scheduled on the Law and Motion and Drug Court calendars on the days he presides.

A copy of this Order shall be provided to the District Court Judges of the First Judicial District, the Honorable Ed McLean, Beth McLaughlin, Supreme Court Administrator, and Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 14th day of August, 2020.

_____
Chief Justice